FILED

08/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0050

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0050

_____

IN RE: THE PARENTING OF:

P.H.R. and P.H.R,

    Minor Children,

MARLEN DELANO RUSSELL,

        Petitioner and Appellee,

    and

SARAH PATRICIA RUSSELL,

        Respondent and Appellant.

O R D E R

_____

Montana Rules of Appellate Procedure 8 and 9 govern the parties' responsibilities regarding the district court record. It is the duty of the appellant under Rule 8(2) "to present the supreme court with a record sufficient to enable it to rule upon the issues raised." "Failure to present the court with a sufficient record on appeal may result in dismissal of the appeal or affirmance of the district court on the basis the appellant has presented an insufficient record."

Appellant filed with the Clerk of this Court on January 29, 2021, the Request for Production of Transcripts for the September 10, 2020 hearing that she submitted to the District Court and served on the court reporter and counsel of record. The transcript has not been filed with this Court, nor is there any request for an extension of time to submit such a transcript. As both parties cite to the transcript, however, it appears the court reporter may have compiled it.

IT IS THEREFORE ORDERED that within ten days from the date of this Order the Appellant shall make arrangements with the Court Reporter to file with the Clerk of this

Court a copy of the September 10, 2020 hearing transcript or file notice with the Court that the transcript will not be submitted.  Failure to do so may subject the related issues on appeal to summary ruling.

The Clerk is directed to provide a true copy of this Order to all counsel of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
August 20 2021